# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HOT SPRINGS DIVISION

LISA COGBURN                                                            PLAINTIFF

vs.                          Civil No. 6:17 -cv-6129

NANCY A. BERRYHILL                                     DEFENDANT
**Acting Commissioner, Social Security Administration**

## AMENDED JUDGMENT

Comes now the Court on this the 7th day of February 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **REVERSED,** and remands this case for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412, an application may be filed up until 30 days after the judgement becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED.**

                                                                          /s/ *Barry A. Bryant*
                                                                           HON. BARRY A. BRYANT
                                                                           U. S. MAGISTRATE JUDGE